HEDWIG ROSIN et al., Respondents, *v.* RIGGS RESTAURANT, INC., Appellant.

Submitted October 17, 1941; decided November 19, 1941.

*Joseph S. Robinson* for appellant.

*Joseph B. Kenny, Harry B. Chambers, Harry H. Chambers, Charles F. McGrath* and *Morris Packer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.